UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Ruben SANAVIA-Arrellano,** )<br>)<br>)<br>Defendant )<br>_____ ) | Magistrate Docket No.<br><br>**'08 MJ 2108**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
2008 JUL 11  AM 10: 08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **July 10, 2008** within the Southern District of California, defendant, **Ruben SANAVIA-Arrellano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>11th</u> DAY OF <u>JULY 2008.</u>

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Ruben SANAVIA-Arrellano

## PROBABLE CAUSE STATEMENT

On July 10, 2008, Supervisory Border Patrol Agent C. Alvarado was performing line watch duties in the Imperial Beach area of operations. At approximately 5:00 A.M., Agent Alvarado responded to a seismic intrusion device in an area that is approximately two miles east of the San Ysidro, California, Port of Entry and is approximately one hundred yards north of the United States/Mexico International Boundary.

As Agent Alvarado responded, a Remote Video Surveillance System (RVSS) operator, observed three individuals walking north in the area. Agent Alvarado approached the individuals and identified himself as a United States Border Patrol Agent. He and questioned all three individuals including one later identified as the defendant **RubenSANAVIA-Arellano**, as to their citizenship and nationality. All three admitted to being citizens and nationals of Mexico without any immigration documentation permitting them to enter or remain in the United States legally. Agent Alvarado arrested the defendant and the other two individuals and subsequently had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 25, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

7/11/08
Date/Time